**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-20596 |
| **MARATHON HEALTHCARE CENTER OF PROSPECT, LLC** | : | CHAPTER 7 |
| ------------------------------------------------- | : | ADV. PRO. NO. |
| **THOMAS C. BOSCARINO, TRUSTEE** | : | |
| Plaintiff, | : | |
| v. | : | |
| **ANDY'S OIL SERVICE, INC** | : | |
| Defendant | : | |

**COMPLAINT TO AVOID PREFERENTIAL TRANSFER**
**UNDER 11 U.S.C. SECTION 547(b)**

**COUNT ONE:**

The Complaint of Thomas C. Boscarino, Trustee, respectfully alleges:

1. Thomas C. Boscarino is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A) and (F). Venue properly lies in this district pursuant to 28 U.S.C. Section 1409(a), in that the instant adversary proceeding is related to the above-captioned case under title 11 of the United States Code, which case is still pending.

3. The Debtor filed its Voluntary Petition in bankruptcy in this case on April 3, 2008.

4. The Defendant, Andy's Oil Service, Inc., (hereafter referred to as "Andy's Oil") is a Connecticut corporation with an office and place of business in the State of Connecticut located at 329-331 Walnut Street, Waterbury, Ct 06704.

5. According to the Debtor's records, within ninety (90) days of the filing of the petition in this case, the Debtor herein transferred the sum of $37,833.62 to or for the benefit of the Defendant, Andy's Oil, on account of an antecedent debt.

6. The Defendant, Andy's Oil, was a creditor of the Debtor.

7. The Debtor, upon information and belief, made this transfer to the Defendant while it was insolvent.

8. The transfer will enable the Defendant, Andy's Oil, to recover more than it would receive as a creditor if: (a) the bankruptcy case were a case under Chapter 7 of title 11, United States Code; (b) the transfer had not been made; and (c) the Defendant received payment of its debt to the extent provided by the provisions of said title 11.

9. On March 4, 2010 the Trustee made demand upon the Defendant, Andy's Oil, for the immediate payment of the sum of $37,833.62, which demand for payment the Defendant, Andy's Oil, has failed and refused to make.

WHEREFORE, the Plaintiff prays that this Court make its order avoiding the aforesaid preferential transfer and ordering the Defendant to pay over to the Plaintiff the sum of $37,833.62, plus costs incurred herein, plus interest from March 4, 2010, and for such other relief as the Court deems just and proper.

Dated at Glastonbury, Connecticut on March 26, 2010

                THOMAS C. BOSCARINO, TRUSTEE

BY   /s/John H. Grasso
      John H. Grasso
      Boscarino, Grasso & Twachtman, LLP
      628 Hebron Ave., Bldg. #2, Suite 301
      Glastonbury, CT 06033
      Tel. No.: (860) 659-5657
      Federal Bar No.: ct05466