```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT
                          HARTFORD DIVISION

IN RE:

MARATHON HEALTHCARE CENTER          }
                                    }      CASE NO. 08-20596 (ASD)
                                    }
_____}
                                    }
THOMAS C. BOSCARINO, TRUSTEE        }      ADV. NO. 10-02034
                                    }
    VS.                             }
                                    }
ANDY'S OIL SERVICE                  }      APRIL 30, 2010
```

## ANSWER

**BY WAY OF ANSWER**

A complaint to avoid preferential transfers under 11 USC Section 547 (b) was filed by the Trustee and the Defendant, Andy's Oil Service, now appears and answers said complaint as follows:

COUNT ONE

1. The Debtor admits the allegations contained in paragraphs 1, 2, 3, 4 and 6 of Count One.

2. The Debtor has insufficient knowledge either to admit or deny the allegations contained in First Count in paragraph 7 and therefore, leaves the Plaintiff to its proof.

3. The Debtor denies each and every allegation contained in paragraphs 5, 8 and 9.

WHEREFORE, the Creditor, Andy's Oil Service, prays that a trial be had on the complaint and answer, and that the issues presented thereby may be determined by the Court.

Dated at Middlebury, Connecticut this 30th day of April, 2010.

ANDY'S OIL SERVICE

_____

George C. Tzepos

Its Attorney

444 Middlebury Road

Middlebury, Connecticut 06762

(203) 598-0520